HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE L. EVANS, ) | Civil No. C07-02153 SBA |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Tuesday, October 9, 2007 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                        SCOTT N. SCHOOLS
                                        United States Attorney


Dated: September 4, 2007                /s/
                                        DENNIS J. HANNA
                                        Special Assistant U.S. Attorney



Dated: September 4, 2007                /s/
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        RENEE L. EVANS


IT IS SO ORDERED.


Dated: 9/11/07                          /s/ Saundra B. Armstrong
                                        HON. SAUNDRA B. ARMSTRONG
                                        United States District Judge
```

2

STIPULATION AND ORDER